RECEIVED

MAR 09 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Joseph M. Pallipurath
SBI#431700E/SN#692025
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

March 03, 2021

UNITED STATES DISTRICT COURT
for the District of New Jersey
Attn: Court Clerk
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re: Filing of 42 U.S.C. § 1983 Civil Complaint, et seq.

Dear Clerk:

    Please find enclosed for filing original and a copy of my (1) civil complaint; (2) application to proceed in forma pauperis and prisoner institutional trust fund account activity for last Six months; (3) Motion or appointment of counsel and its Declaration in support of the motion; (4) Motion to file plaintiff's civil complaint as within time and its Declaration in support of the motion; and (5) Certificate of Service.

    Please file the above-noted documents at your earliest convenience. Kindly, please take note that I am proceeding Pro se and will need as much direction and assistance from the Court as can be provided. I further begs and prays to this Honorable Court to relax the rules and not hold me to the same stringent standards as that of practicing attorney with regards to the construction of my civil complaint and the motions as noted above for filing. See Hines v. Kerner, 44 U.S. 519 (1972); Estelle v. Gamble, 429 U.S. 97, 106 (1976).

    Please find enclosed a self-addressed stamped envelope with docments to be stamped "Filed" and return to me. Thank you very much for your cooperation in this very important matter.

Sincerely,

*[signature]*

Joseph M. Pallipurath, Pro se


cc: JP file